UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWSHEEN VALLEY REGIONAL   )
VOCATIONAL TECHNICAL        )
SCHOOL DISTRICT SCHOOL      )
COMMITTEE                   )
                            )
         Plaintiff          )
                            )
    v.                      )
                            )
COMMONWEALTH OF             )
MASSACHUSETTS BUREAU OF     )
SPECIAL EDUCATION APPEALS, et al.)
                            )
         Defendants         )

02-10508 RWZ

NOTICE OF
REMOVAL
(28 U.S.C. §1446)

Civil Action No.

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

    1.    George N. and Anne N. ("Parents") on behalf of their son Michael N. are defendants in a civil action brought on February 27, 2002 in Superior Court of Massachusetts. Middlesex CA No. 02-0841. Pursuant to the provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Parents remove this action to the United States District Court for the District of Massachusetts, which is the judicial district in which the action is pending.

    2.    The grounds for removal of this action are: This is a civil action over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 for claims arising under the laws of the United States, including the Individuals with Disabilities Education Act, 20 U.S.C. §§1400-1487.

    3.    This Notice of Removal is timely under Section 1446 (b) of Title 28 of the United States Code because the Complaint in this action was served on February 28, 2002. This Notice of Removal is filed within 30 days of receipt of the Complaint and is, therefore, timely filed under 28 U.S.C. § 1446 (b).



4. All state court papers served on the defendant at the time of removal consisting of Complaint, Summons, the Answer and Counterclaims of Defendant are filed with this Notice.

Dated: 3/20/02

                              Attorneys for Michael N.
                              Kotin, Crabtree and Strong,

By: _____
Richard F. Howard, BBO #241980
Kotin, Crabtree and Strong
One Bowdoin Square
Boston, Massachusetts
Phone: 6017-227-7031
Fax: 617-367-2988

Straub and Lyons,

By: _____
Jill Aubin Updegraph, BBO #
Straub and Lyons, LLP
27 Congress Street
Salem, Massachusetts
Phone: 978-745-7248
Fax: 978-745-8110

## CERTIFICATE OF SERVICE

I certify that I served the above pleading on plaintiff by mailing a copies to David M. Mandel, Esq. and Katherine Kettler, Esq., Ropes and Gray, One International Place, Boston, MA 02110, and Rhoda Schneider, Esq., Massachusetts Department of Education, 350 Main Street, Malden, MA 02148.

3/20/02                  _____
                           Richard F. Howard

# ROPES & GRAY

ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624
PHONE: (617) 951-7000
FAX: (617) 951-7050
DIRECT DIAL: (617) 951-7537

February 28, 2002

*via Hand Delivery*

Ms. Jill Updegraph
Straub & Lyons, LLP
Attorneys at Law
27 Congress Street, Suite 210
Salem, Massachusetts 01970

Re: <u>Shawsheen Valley Regional Vocational Technical School District School Committee v. Commonwealth of Massachusetts Board of Special Education Appeals, et. al</u>, *CA No. 02-0841*

Dear Attorney Updegraph:

Enclosed are copies of the Summons and Complaint in the aforementioned civil action. Thank you for agreeing to accept service for George N., Anne N., and Michael N. Please indicate your acceptance by your signature on the enclosed copy of the letter and returning that copy to me.

Best regards,

Katherine L. Kettler

KLK:klk
Enclosures
cc: David M. Mandel, Esq.

Accepted:

_____

8758219.1

NEW YORK                    PROVIDENCE                    WASHINGTON

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                          SUPERIOR COURT
                                                        Civil Action No.
                                                        **02-0841 /2**

|  |  |
|---|---|
| SHAWSHEEN VALLEY REGIONAL VOCATIONAL TECHNICAL SCHOOL DISTRICT SCHOOL COMMITTEE  Plaintiff,  v.  COMMONWEALTH OF MASSACHUSETTS BUREAU OF SPECIAL EDUCATION APPEALS and PARENTS GEORGE N. and ANNE N., ON BEHALF OF THEIR SON, MICHAEL N.,  Defendants. | COMPLAINT FOR JUDICIAL REVIEW OF ADMINISTRATIVE AGENCY PROCEEDINGS |

## I.   INTRODUCTION/JURISDICTION

1. This Complaint is filed pursuant to G.L. c. 30A, § 14, 603 CMR 28.08(6), and 20 U.S.C. § 1415(i)(1) and (2), seeking review of a final Decision by the Commonwealth of Massachusetts Bureau of Special Education Appeals ("BSEA") dated February 5, 2002. Venue is proper under G.L. c. 30A, § 14 because the plaintiff has its principal place of business in Billerica, Middlesex County.

## II.   PARTIES

2. Shawsheen Valley Regional Vocational Technical School District School Committee (the "School Committee") is the duly elected school committee

8749854.3.3

responsible under the General Laws for operating the Shawsheen Valley Regional Vocational Technical School District (the "School District"), which is the public regional vocational technical school district for the Towns of Bedford, Billerica, Burlington, Tewksbury and Wilmington. The School District operates the Shawsheen Valley Regional Vocational Technical High School, located at 100 Cook Street, Billerica, Massachusetts.

3. The Defendant Commonwealth of Massachusetts Bureau of Special Education Appeals has a principal place of business located at 350 Main Street, Malden, Massachusetts.

4. The Defendant Parents, George and Anne N., reside at 2 Locke Road, Billerica, Massachusetts. Michael N., the son of the Parents, was a student at Shawsheen Valley Regional Vocational Technical High School from September 1997 until June 2001. He has graduated and accepted his diploma. Defendant Michael N. is enrolled in a non-credit program at Landmark College in Putney, Vermont.

## III. BACKGROUND FACTS

5. On August 8, 2000, the Parents on behalf of their then-minor son Michael N. filed a complaint with the BSEA.

6. On July 31, 2001, the Parents filed a "Statement of the Parents Regarding Scope of Hearing," limiting the scope of the proceeding solely to the issue of compensatory services.

7. The BSEA conducted a seven-day due process hearing, beginning on August 17, 2001 and ending on October 11, 2001, at which both Parents and the School District offered testimony and documentary evidence.

8. Following the submission of closing briefs on October 26, 2001, the BSEA issued its final Decision on February 5, 2002.

## IV. ISSUE FOR REVIEW

9. The School District has been aggrieved because the BSEA's final Decision is based upon errors of law, unwarranted by the evidence, arbitrary and capricious, an abuse of discretion, and otherwise not in accordance with law. Accordingly, the decision must be set aside pursuant to M.G.L. c. 30A, § 14(7) and 20 U.S.C. § 1415(i).

## V. RELIEF REQUESTED

WHEREFORE, the School District prays that this Court:

10. Review and set aside the BSEA's final Decision.

11. Grant such other and further relief as to this Court seems just and equitable.

Respectfully submitted,

SHAWSHEEN VALLEY REGIONAL
TECHNICAL VOCATIONAL SCHOOL
DISTRICT SCHOOL COMMITTEE

By its attorneys,

_/s/ Katherine L. Kettler_
David M. Mandel (BBO No. 317000)
Katherine L. Kettler (BBO No. 641511)
ROPES & GRAY
One International Place
Boston, MA 02110
(617) 951-7000

Dated: February 27, 2002

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX , ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.

SHAWSHEEN VALLEY REGIONAL
VOCATIONAL TECHNICAL SCHOOL DISTRICT
SCHOOL COMMITTEE ............... , Plaintiff(s)

02-(.841

v.

COMMONWEALTH OF MASSACHUSETTS
BOARD OF SPECIAL EDUCATION
APPEALS and PARENTS GEORGE N. and
ANNE N. ON BEHALF OF THEIR SON
MICHAEL N.
Defendant(s)

## SUMMONS

To the above-named Defendant:   George N.

You are hereby summoned and required to serve upon .....................................

David Mandel .......................... plaintiff's attorney, whose address is c/o Ropes & Gray,

One International Place, Boston, MA 02110 .. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ... Cambridge ................

.................................................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. Delvecchio, Esquire, at ...... Boston ...................................

the ............ 27th ............ day of ...... February ................................

......................, in the year of our Lord .2002................................ .

Edward J Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP — 001

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 02-0841

SHAWSHEEN VALLEY REGIONAL
VOCATIONAL TECHNICAL SCHOOL
DISTRICT SCHOOL COMMITTEE, Plaintiff(s)

v

COMMONWEALTH OF MASSACHUSETTS
BOARD OF SPECIAL EDUCATION APPEALS,
and PARENTS GEORGE N. and Defendant(s)
ANNE N. ON BEHALF OF THEIR
SON, MICHAEL N.

## SUMMONS

To the above-named Defendant: **Anne N.**

You are hereby summoned and required to serve upon ................................................

**David Mandel** .................... plaintiff's attorney, whose address is ..c/o Ropes & Gray..........

..One International Place, Boston, MA 02110... an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ...**Cambridge**.................

.................................................................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, ~~Robert A. Mulligan~~ **Suzanne V. DelVecchio**, Esquire, at ......**Boston**..................

the ....................27th............ day of .......**February**......................................

..................., in the year of our Lord ...**2001**...........

*[signature]* Edward J. Sullivan
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — (OTHER)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.

**02-0841**

SHAWSHEEN VALLEY REGIONAL
VOCATIONAL TECHNICAL SCHOOL
DISTRICT SCHOOL COMMITTEE, Plaintiff(s)

v.

COMMONWEALTH OF MASSACHUSETTS
BOARD OF SPECIAL EDUCATION APPEALS,
and PARENTS GEORGE N. and Defendant(s)
ANNE N. ON BEHALF OF THEIR
SON, MICHAEL N.

## SUMMONS

To the above-named Defendant: **Michael N.**

You are hereby summoned and required to serve upon .................................................

**David Mandel** ............................ plaintiff's attorney, whose address is c/o **Ropes & Gray, One International Place, Boston, MA 02110**..., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at **Cambridge** .................. ........................................................................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Suzanne V. Delvecchio**, Esquire, at **Boston** ..................................................

the .................... **27th** .......... day of ...... **February** ............................................

........................, in the year of our Lord **2002** ........................................ .

*[signature]*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.